2/17/2015 3:43 PM SR

CAUSE NO. 23274

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 6th DISTRICT COURT |
| | § | |
| V. | § | OF |
| | § | |
| JESSICA MARIE BRIGGLE | § | LAMAR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 8:38:00 AM
DEBBIE AUTREY
Clerk

<u>DEFENDANT'S NOTICE OF APPEAL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JESSICA MARIE BRIGGLE, the Defendant in the above-styled and numbered cause and gives his Notice of Appeal to the 6th Court of Appeals of Texas from the judgment(s) rendered against him. Undersigned counsel at the hearing on the *Motion to Adjudicate Guilt* on February 17, 2015 does not volunteer to serve as appellate counsel. Appointed trial counsel signs below only for purposes of perfecting her right to appeal.

_____
Jessica Marie Briggle, Defendant

OR

Respectfully submitted,

By: _____

G. Donald Haslam, Jr., Counsel for
Defendant, TBA # 24071792, OBA #17873
3140 Clark Lane
Paris, TX 75460
903-739-9221
888-541-9780 FAX
haslamlaw@att.net

1